IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARTY CHRISTOPHER BREAZEALE                                           PLAINTIFF

V.                                                CIVIL ACTION NO. 4:19-CV-00111-JMV

DCF and PARCHMAN PRISON                                              DEFENDANTS

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On September 24, 2019, the court entered an order setting this matter for a *Spears* hearing. The order required the plaintiff to complete and return various documents to the court and to keep the court apprised of his current address. The order further cautioned plaintiff that failure to do these things would lead to the dismissal of this case. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed. This case is therefore **DISMISSED without prejudice** for failure to prosecute and for failure to comply with an order of the court under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this, the 15th day of October, 2019.

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE